Respondent, v. General George A. Custer Garrison No. 2, Army and Navy Union of the United States of America, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The alternative writ in question is insufficient on its face. (Code Civ. Proc. § 2076; *People ex rel. Ajas* v. *Department of Health*, 138 App. Div. 559.) Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

The People of the State of New York ex rel. Daniel J. Callahan, Relator, v. Robert Adamson, as Fire Commissioner of the City of New York, Respondent.— Determination confirmed, and writ dismissed, with fifty dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

The People of the State of New York ex rel. John F. Schaefer, Relator, v. Robert Adamson, as Fire Commissioner of the City of New York, Respondent.— Determination confirmed, and writ dismissed, with fifty costs and disbursements. No opinion. Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ., concurred.

Queens Villa Construction Company, Appellant, v. Stella C. Shields, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Mills, JJ., concurred.

Realty Associates, a Corporation, Respondent, v. Thomas Londrigan, Appellant.— Judgment affirmed, with costs. No opinion. Thomas, Carr, Stapleton, Mills and Putnam, JJ., concurred.

Charles A. Starbuck, Plaintiff, v. Evelyn W. Smith and Mabel F. Monk, Defendants.— Motion for new trial dismissed, without costs, upon the ground that an order having been entered at Trial Term denying plaintiff's motion for a new trial, his exceptions cannot now be heard here in the first instance. (*Babad* v. *Colton Dental Association*, 150 App. Div. 561.) Jenks, P. J., Thomas, Carr, Stapleton and Mills, JJ., concurred.

Grace Thompson, Appellant, v. Coney Island and Brooklyn Railroad Company and The Brooklyn Heights Railroad Company, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.

Louis Treemerman, Appellant, v. David J. Frank and Others, Trading as the Greenpoint Metallic Bed Company, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Mills, JJ.

William A. Wiggins, Respondent, v. William H. Freeman, as Assignee, etc., Appellant, and Others, Defendants.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Rich, JJ., concurred.

John G. Wilson, Appellant, v. Gillette Clipping Machine Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

*Decision by the Presiding Justice on Application to Appeal from the Appellate Term.*

Mary Sands, Respondent, v. Pennsylvania Railroad Company, Appellant.— Application dismissed, without costs.